# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2021

Bridget M. McCormack,
Chief Justice

161396(72)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DONALD WAYNE DAVIS, JR.,
    Defendant-Appellant.

_____/

SC: 161396
COA: 343432
Genesee CC: 16-040020-FC

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplement brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before April 14, 2021.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2021



Clerk